UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH CROWE,

       Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

       Defendant.

Case No. C05-5391RJB

ORDER ON PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

      This matter comes before the court on review of the Report and Recommendation of the Magistrate Judge, who recommended that plaintiff's application to proceed *in forma pauperis* be denied because plaintiff appeared to have the funds to pay the filing fee. Dkt. 3. The court has reviewed the Report and Recommendation and the remainder of the file herein.

      On June 24, 2005, after the Report and Recommendation was issued, plaintiff paid the $250 filing fee. The Report and Recommendation is moot. Petitioner's application to proceed *in forma pauperis* is **DENIED**, and the action shall proceed. The case, including all pending motions, is **RE-REFERRED TO UNITED STATES MAGISTRATE JUDGE KAREN L. STROMBOM** in accord with the original order of reference.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

ORDER - 1

1     DATED this 5th day of July, 2005.

                                                  Robert J. Bryan
                                                  U.S. District Judge

ORDER - 2